# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No: 2:08-cr-0126-RLH-PAL |
| vs. | **ORDER** (Motion Pursuant to § 2255–#155) |
| NAJEEB RAHMAN, | |
| Defendant. | |

Before the Court is Defendant's **Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody** (#155, filed December 7, 2011) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody** (#155) is hereby REFERRED to the UNITED STATES ATTORNEY for a response within 45 days of the entry of this Order. Defendant will then have 15 days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

Dated: December 9, 2011.

_____
**Roger L. Hunt
United States District Judge**