# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:08-cr-0126-RLH-PAL |
| vs. | ) | **O R D E R** |
| | ) | (Motion for Telephone Access–#160) |
| NAJEEB RAHMAN, | ) | (Motion for Extension–#161) |
| Defendant. | ) | |

Before the Court are two motions, both of which are without merit.

The first is Defendant's Motion for Order to Allow Defendant Telephone Access for Legal Calls and Personal Calls (#160, filed January 26, 2012). The second is his Motion to Extend Time to File Reply (#161, filed March 7, 2012).

**I. TELEPHONE ACCESS**

This Motion is denied (1) because the Court will not exercise any authority which would undercut the administrative authority of the Department of Prisons to exercise its right to maintain security over its inmates by limiting "phone abuse" opportunities for people with a history of the same, and (2) because Defendant's criminal activity involved using the telephone to conduct significant fraudulent activity while in the North Las Vegas Jail, prior to his sentencing.

**II. EXTENSION OF TIME**

This Motion is denied (although the Court will grant a short extension as the time for Reply is due tomorrow) because Defendant Rahman filed his Motion to Vacate under §2255 on

1 | December 7, 2011, without the assistance of counsel; he has already received an extension from
2 | January 19 to March 9, 2012 to file his Reply to the Response (#157, filed January 9, 2012); and, the
3 | purpose of the request is so he can continue to try to find counsel to represent him. He has no right to
4 | appointment of counsel. There is no promise that he can prevail upon anyone to take his case, even
5 | assuming he could afford to retain counsel. Accordingly, this second request, for a 190-day extension, is denied. However, because the Reply is due tomorrow, the Court will extend the time to file
7 | the Reply for three (3) weeks, to March 30, 2012. NO FURTHER EXTENSIONS WILL BE
8 | GRANTED.

IT IS SO ORDERED.

Dated: March 8, 2012.

_____
**Roger L. Hunt**
**United States District Judge**