# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:08-cr-00126-RLH-PAL |
| vs. | ) | O R D E R |
| NAJEEB RAHMAN, | ) | |
| Defendant. | ) | |

Pursuant to an Order of the Ninth Circuit Court of Appeals (#180, filed October 19, 2012), this Court gave Notice to Defendant Rahman that he was being given the opportunity to request an extension of the 14-day period in which he is required to file an Appeal of this Court's Order (#175) denying Defendant's Motion to Amend Judgment Re: Time Served Credits. Defendant's only response was to refile the original Notice of Appeal. No request for an extension has been provided, nor has there been any justification attempted for the late filing of the Appeal.

IT IS THEREFORE ORDERED that no extension of the period in which to file an Appeal is authorized.

Dated: November 5, 2012.

_____
**Roger L. Hunt**
**United States District Judge**