# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:08-CR-00126-RLH-PAL |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | (Request for Clarification of Facts and |
| NAJEEB RAHMAN, | ) | Order for Appropriate Sentence Credit |
| | ) | --#189) |
| Defendant. | ) | |

Before the Court is Defendant's **Request for Clarification of Facts and Order for Appropriate Sentence Credit** (#189, filed June 3, 2013) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Request for Clarification of Facts and Order for Appropriate Sentence Credit** (#189) is hereby REFERRED to the UNITED STATES ATTORNEY for a response within forty-five (45) days of the entry this Order. Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: June 4, 2013.

_____
**Roger L. Hunt
United States District Judge**